IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AETNA LIFE INSURANCE COMPANY | * * | |
| Plaintiff | * * | |
| V. | * * | No. 4:13-cv-3412 |
| METHODIST HOSPITALS OF DALLAS d/b/a Methodist Medical Center and Charlton Medical Center, TEXAS HEALTH RESOURCES and MEDICAL CENTER EAR, NOSE & THROAT ASSOCIATES OF HOUSTON, P.A. | * * * * * * * * | |
| Defendants | * | |

## ORDER DISMISSING PLAINTIFF'S FIRST AMENDED COMPLAINT AGAINST DEFENDANT MEDICAL CENTER ENT

On the date entered below, came before the Court the Plaintiff Aetna Life Insurance Company and the Defendant Medical Center Ear, Nose and Throat Associates, N.A. ("Medical Center ENT"), and the Court considered Medical Center ENT's Motion to Dismiss Plaintiff's First Amended Complaint Against Medical Center ENT. In its Motion, Medical Center ENT declared on November 26, 2013 that it "hereby specifically disavows any claims, past and future, against Aetna Health, Inc., or any of its affiliates, with respect to potential liabilities of Aetna and its affiliates arising from the TPPA for Medical Center ENT claims arising in the past up to and including the date on which this Affidavit is signed."

The Court, having considered the motion, the response thereto, and the evidence and arguments incorporated therein, is of the opinion that the motion should be granted.

1

THE COURT FINDS this disavowal to be unconditional and irrevocable.

IT IS THEREFORE ordered, adjudged and decreed that the Motion to Dismiss Plaintiff's First Amended Complaint Against Medical Center ENT is hereby GRANTED, with dismissal conditioned on the fact that this disavowal shall be considered unconditional and irrevocable.

_____
Hon. Sim Lake
UNITED STATES DISTRICT JUDGE