IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Aetna Life Insurance Company | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No. 3:14-cv-00347-M |
| | § | |
| Methodist Hospitals of Dallas, *et al.* | § | |
| | § | |
| Defendants | § | |

# PLAINTIFF AETNA'S UNOPPOSED MOTION AND BRIEF IN SUPPORT FOR LEAVE TO FILE REPLY IN SUPPORT OF SUMMARY JUDGMENT

1. Plaintiff Aetna Life Insurance Company requests leave to file the attached Reply in Support of Motion for Summary Judgment pursuant to the Local Rules for the Northern District of Texas (Attachment 1).

2. Counsel for Aetna conferred with counsel for Defendants concerning the relief requested in this Motion, and the Defendants advised that they are UNOPPOSED to the relief.

3. Aetna filed this lawsuit in the Southern District of Texas and moved for summary judgment to establish the inapplicability of the Texas Prompt Pay Statute to self-funded medical claims. Defendants filed the Response to Motion for Summary Judgment on January 13, 2014, and Aetna was preparing its Reply pursuant to the Local Rules for the Southern District.

4. On January 27, 2014, this case was transferred to the Northern District of Texas, for the convenience of the parties and witnesses, on Defendant's Motion for Transfer of Venue under 28 U.S.C. § 1404(a). *See* Transferor DKT 29 (Memorandum Opinion and Order). And between February 3, 2014, and February 12, 2014, undersigned counsel for Aetna was in final hearing before the American Arbitration Association in Chicago, Illinois.

5. Aetna's Notice of New Authority (DKT 34) explained that Aetna's Reply will aid the Court in resolving the issues raised in Aetna's Motion pursuant to new, correctly-decided authority from the Eleventh Circuit, issued February 14, 2014.

## CONCLUSION AND PRAYER FOR RELIEF

This Motion for Leave to file Aetna's attached Reply in Support of Motion for Summary Judgment (Attachment 1) is UNOPPOSED by the Defendants.

Therefore, Aetna prays that the Court grant this Unopposed Motion for Leave to file the attached Reply in Support of Motion for Summary Judgment, and grant such other and further relief to which Aetna may be justly entitled.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ANDREWS KURTH LLP |
| OF COUNSEL: |  |
| Dimitri Zgourides | By: _s/ John B. Shely_ |
| Texas Bar No. 00785309 | John B. Shely |
| Kendall M. Gray | Texas Bar No. 18215300 |
| Texas Bar No. 00790782 | *jshely@andrewskurth.com* |
| Mitchell A. Reid | 600 Travis, Suite 4200 |
| Texas Bar No. 24037346 | Houston, Texas 77002 |
| ANDREWS KURTH LLP | (713) 220-4200 |
| 600 Travis, Suite 4200 | (713) 220-4285 (Fax) |
| Houston, Texas 77002 |  |
| (713) 220-4200 | ATTORNEY-IN-CHARGE FOR |
| (713) 220-4285 (Fax) | PLAINTIFF AETNA LIFE |
| and | INSURANCE COMPANY |
| Mark A. Shoffner |  |
| State Bar No. 24037490 |  |
| *markshoffner@andrewskurth.com* |  |
| ANDREWS KURTH LLP |  |
| 1717 Main Street, Suite 3700 |  |
| Dallas, Texas 75201 |  |
| (214) 659-4400 |  |
| (214) 659-4401 (Fax) |  |

### CERTIFICATE OF CONFERENCE

I hereby certify that on February 20, 2014, counsel for Aetna conferred with counsel for the Defendants, who advised that they were unopposed to this Motion.

*John B. Shely*
John B. Shely

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2014, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who are known "Filing Users":

    Mikal C. Watts
    William J. Maiberger
    Watts Guerra, LLP
    4 Dominion Drive
    Building 3, Suite 100
    San Antonio, Texas 78257

    Joe Don Ridgell
    *jdridgell@fotllp.com*
    James M. Orr
    *jorr@fotllp.com*
    Francis, Orr & Totusek, LLP
    500 N. Akard, Suite 1830
    Dallas, Texas 75201

                      *John B. Shely*
                      John B. Shely