IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **AETNA LIFE INSURANCE COMPANY,** § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| vs. § | NO. 3:14-CV-0347-M | |
| § | | |
| **METHODIST HOSPITALS OF DALLAS,** § | | |
| *et al.*, § | | |
| § | | |
| **Defendant.** | | |

## NOTICE OF RELATED CASES

Plaintiff Aetna Life Insurance Company ("ALIC") files this Notice of Related Cases and states as follows:

1.  Plaintiff ALIC is an affiliate of Aetna Health Inc. ("AHI").

2.  After ALIC filed and served Defendant Methodist Hospitals of Dallas ("Methodist") in this case, Methodist sued AHI on November 21, 2013, in the 298th Judicial District Court of Dallas County, Texas, which AHI timely and properly removed to the United States District Court for the Northern District of Texas, Dallas Division, under Civil Action No. 3:13-cv-4992-B, before the Honorable Jane Boyle, on December 23, 2013. The case remains pending before Judge Boyle.

3.  AHI was also sued by Defendant Texas Health Resources ("THR") on November 20, 2013, in the 17th Judicial District Court of Tarrant County, Texas, which AHI timely and properly removed to the United States District Court for the Northern District of Texas, Fort Worth Division, under Civil Action No. 4:13-cv-1013-A, before the Honorable Judge McBryde, on December 23, 2013. Judge McBryde remanded the case to state court on February 12, 2014.

-2-

4. Aetna is filing a Request for Oral Argument on its pending Motion for Summary Judgment (Dkt. No. 17) contemporaneously with this Notice.

Respectfully submitted,

| | |
|---|---|
| OF COUNSEL:<br>Dimitri Zgourides<br>Texas Bar No. 00785309<br>S.D. ID No. 16513<br>Kendall M. Gray<br>Texas Bar No. 00790782<br>S.D. ID No. 19148<br>Mitchell A. Reid<br>Texas Bar No. 24037346<br>S.D. ID No. 34728<br>ANDREWS KURTH LLP<br>600 Travis, Suite 4200<br>Houston, Texas 77002<br>(713) 220-4200<br>(713) 220-4285 (Fax) | By: _s/ John B. Shely_____<br>JOHN B. SHELY<br>State Bar No. 18215300<br>*jshely@andrewskurth.com*<br>600 Travis, Suite 4200<br>Houston, Texas 77002<br>Telephone:  (713) 220-4200<br>Telecopier:  (713) 220-4285<br><br>ATTORNEY-IN-CHARGE FOR<br>DEFENDANT AETNA LIFE INSURANCE<br>COMPANY |

## CERTIFICATE OF SERVICE

   I hereby certify that on June 11, 2014, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who are known "Filing Users":

  Mikal C. Watts
  mwatts@wattsguerra.com
  William J. Maiberger, Jr.
  wmaiberger@wattsguerra.com
  Watts Guerra LLP
  4 Dominion Drive
  Building 3, Suite 100
  San Antonio, Texas 78257

  Joseph V. Gibson, IV
  jgibson@jvglaw.com
  Law Office Of Joseph V. Gibson, PC.
  17618 Wagner Point Court
  Tomball, Texas 77377

                 s/ John B. Shely
                John B. Shely