IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Aetna Life Insurance Company, | § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:14-cv-00347-M |
| Methodist Hospitals of Dallas, *et al.*, | § § | |
| Defendants. | § § | |

# PLAINTIFF AETNA LIFE INSURANCE COMPANY'S
# NOTICE OF WITHDRAWAL AND REFILING OF AETNA'S SUMMARY
# JUDGMENT MOTION AND BRIEFING

OF COUNSEL:

Dimitri Zgourides
Texas Bar No. 00785309
Kendall M. Gray
Texas Bar No. 00790782
Mitchell A. Reid
Texas Bar No. 24037346
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas 77002
(713) 220-4200
(713) 220-4285 (Fax)

Mark A. Shoffner
Texas Bar No. 24037490
ANDREWS KURTH LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201
(214) 659-4400
(214) 659-4401 (Fax)

John B. Shely
Texas Bar No. 18215300
*jshely@andrewskurth.com*

ANDREWS KURTH L.L.P.
600 Travis Street, Suite 4200
Houston, TX 77002
(713) 220-4200
(713) 220-4285 (Fax)

ATTORNEY-IN-CHARGE FOR PLAINTIFF
AETNA LIFE INSURANCE COMPANY

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to the Court's instructions of September 9, 2014, Plaintiff Aetna Life Insurance Company withdraws the following previously-filed documents and hereby refiles the same under this Notice[1]:

| Attachment | Docket Text | Previous Dkt # |
|---|---|---|
| Aetna's MSJ Part 1 of 4 | Plaintiff Aetna Life Insurance Company's Motion for Summary Judgment, Index of Exhibits, and Exhibits A through A-3 | 17 through 17-5 |
| Aetna's MSJ Part 2 of 4 | Exhibits A-4 through D to Plaintiff Aetna Life Insurance Company's Motion for Summary Judgment | 17-6 through 17-9 |
| Aetna's MSJ Part 3 of 4 | Exhibit E to Plaintiff Aetna Life Insurance Company's Motion for Summary Judgment | 17-10 |
| Aetna's MSJ Part 4 of 4 | Exhibits F through R to Plaintiff Aetna Life Insurance Company's Motion for Summary Judgment and Proposed Order | 17-11 through 17-24 |
| Aetna's Notice of New Authority | Plaintiff Aetna Life Insurance Company's Notice of New Authority and Attachment 1 | 34 through 34-1 |
| Aetna's Reply ISO MSJ | Plaintiff Aetna Life Insurance Company's Reply in Support of Motion for Summary Judgment | 38 |
| Appendix to Aetna's Reply ISO MSJ | Appendix to Plaintiff Aetna Life Insurance Company's Reply in Support of Motion for Summary Judgment | 38-1 |

---

[1] Pursuant to the Court's instructions, the withdrawal and refilings herein shall not result in any prejudice to Aetna.

– 2 –

|  |  |
|---|---|
|  | Respectfully submitted, |
|  |  |
|  | ANDREWS KURTH LLP |
| OF COUNSEL: |  |
|  | By: *s/ John B. Shely* |
| Dimitri Zgourides | John B. Shely |
| Texas Bar No. 00785309 | Texas Bar No. 18215300 |
| Kendall M. Gray | *jshely@andrewskurth.com* |
| Texas Bar No. 00790782 | 600 Travis, Suite 4200 |
| Mitchell A. Reid | Houston, Texas 77002 |
| Texas Bar No. 24037346 | (713) 220-4200 |
| ANDREWS KURTH LLP | (713) 220-4285 (Fax) |
| 600 Travis, Suite 4200 |  |
| Houston, Texas 77002 | ATTORNEY-IN-CHARGE FOR |
| (713) 220-4200 | PLAINTIFF AETNA LIFE |
| (713) 220-4285 (Fax) | INSURANCE COMPANY |

Mark A. Shoffner
Texas Bar No. 24037490
ANDREWS KURTH LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201
(214) 659-4400
(214) 659-4401 (Fax)

– 3 –

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2014, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who are known "Filing Users":

>Mikal C. Watts
>*mcwatts@wgclawfirm.com*
>Watts Guerra, LLP
>4 Dominion Drive
>Building 3, Suite 100
>San Antonio, Texas 78257
>
>Joe Don Ridgell
>*jdridgell@fotllp.com*
>Francis Orr &Totusek LLP
>500 N. Akard Street, Suite 2550
>Dallas, Texas 75201

*John B. Shely*
John B. Shely
