IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AETNA LIFE INSURANCE COMPANY * | |
| * | |
| Plaintiff * | |
| * | |
| V. * | No. 3-14-CV-00347-M-BF |
| * | |
| METHODIST HOSPITALS OF DALLAS * | |
| AND TEXAS HEALTH RESOURCES * | |
| * | |
| Defendants * | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE**
**DECLARATION OF WILLIAM J. MAIBERGER, JR. IN SUPPORT OF**
**DEFENDANTS' SUPPLEMENTAL BRIEF CONCERNING**
**JOINT RULE 12(b)(7) MOTION TO DISMISS**

OF COUNSEL:

LAW OFFICE OF
   JOSEPH V. GIBSON, P.C.
Joseph V. Gibson, IV
Texas Bar No. 24007236
jgibson@jvglaw.com
17618 Wagner Point Court
Tomball, Texas 77377
(281) 370-1810
(281) 370-1811 (fax)

FRANCIS, RIDGELL &
   TOTUSEK, LLP
Joe Don Ridgell
Texas Bar No. 24046716
jdridgell@fotllp.com
Bobby D. Amick
Texas Bar No. 24059377
bamick@fotllp.com
500 N. Akard, Suite 1830
Dallas, Texas 75201
(214) 740-4250
(214) 740-4266 (fax)

Mikal C. Watts
Texas Bar No. 20981820
Fed. ID No. 12419
mcwatts@wattsguerra.com
WATTS GUERRA LLP
Four Dominion Drive,
Bldg. Three, Suite 100
San Antonio, Texas 78257
(210) 447-0500
(210) 447-0501 (fax)

ATTORNEY-IN-CHARGE FOR
DEFENDANTS METHODIST
HOSPITALS OF DALLAS & THR

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to the Court's instructions, Defendants Methodist Hospitals of Dallas and Texas Health Resources have prepared their Supplemental Brief Concerning Joint Rule 12(b)(7) Motion to Dismiss.  In their supplemental brief, Defendants rely upon the Declaration of William J. Maiberger, Jr. and the exhibits appended to it, including excerpts from the depositions of Aetna employees David Roberts and Robyn Consiglio; excerpts of explanations of benefits ("EOB's") at issue in this litigation; and Defendant Aetna Health Inc.'s Original Answer in *Texas Health Resources v. Aetna Health Inc.*, Cause No. 17-269305-13, in the District Court of Tarrant County, Texas, 17th Judicial District.

Pursuant to the Court's December 11, 2014 order, Defendants now seek leave to file an additional appendix containing only the above-referenced documents.  Counsel for Defendants has attempted to confer with counsel for Plaintiff regarding the filing of this Motion, but has been unable to reach Plaintiff's counsel.

A proposed order granting Defendants' Motion has been submitted with this Motion.

WHEREFORE, PREMISES CONSIDERED, Defendants, Methodist Hospitals of Dallas and Texas Health Resources, respectfully request that the Court enter an order granting Defendants leave to file an additional appendix.

Dated: December 18, 2014

                      Respectfully submitted,

By:    /s/ Mikal C. Watts
        Texas Bar No. 20981820
        Fed. ID No. 12419
        mcwatts@wattsguerra.com
        WATTS GUERRA LLP
        Four Dominion Drive,
        Bldg. Three, Suite 100
        San Antonio, Texas 78257
        (210) 447-0500
        (210) 447-0501 (fax)

        ATTORNEY-IN-CHARGE FOR
        DEFENDANTS METHODIST
        HOSPITALS OF DALLAS AND
        TEXAS HEALTH RESOURCES

Of counsel:    LAW OFFICE OF JOSEPH V. GIBSON
        Joseph V. Gibson, IV
        Texas Bar No. 24007236
        jgibson@jvglaw.com
        17618 Wagner Point Court
        Tomball, Texas 77377
        (281) 370-1810
        (281) 370-1811 (fax)

        FRANCIS, RIDGELL & TOTUSEK, LLP
        Joe Don Ridgell
        Texas Bar No. 24046716
        jdridgell@fotllp.com
        Bobby D. Amick
        Texas Bar No. 24059377
        bamick@fotllp.com
        500 N. Akard, Suite 1830
        Dallas, Texas 75201
        (214) 740-4250
        (214) 740-4266 (fax)

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on December 18, 2014, Defendants' counsel attempted to confer with counsel for Plaintiff, Aetna Life Insurance Company, about the contents of this motion, but was unable to reach Plaintiff's counsel.

By: /s/ Mikal C. Watts
ATTORNEY-IN-CHARGE FOR
DEFENDANTS METHODIST
HOSPITALS OF DALLAS AND
TEXAS HEALTH RESOURCES

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served electronically on this 18th day of December, 2014 to:

ATTORNEYS FOR PLAINTIFF

| | | |
|---|---|---|
| John B. Shely | - | jshely@andrewskurth.com |
| Kendall M. Gray | - | KendallGray@andrewskurth.com |
| Dimitri Zgourides | - | DZgourides@andrewskurth.com |
| Mitchell A. Reid | - | MitchReid@andrewskurth.com |
| Mark A. Shoffner | - | markshoffner@andrewskurth.com |

By: /s/ Mikal C. Watts
ATTORNEY-IN-CHARGE FOR
DEFENDANTS METHODIST
HOSPITALS OF DALLAS AND
TEXAS HEALTH RESOURCES