IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AETNA LIFE INSURANCE COMPANY | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | No. 3:14-CV-00347-M |
| | * | |
| METHODIST HOSPITALS OF DALLAS | * | |
| *et al.* | * | |
| | * | |
| Defendants | * | |

## DECLARATION OF WILLIAM J. MAIBERGER, JR.

I, William J. Maiberger, Jr., do hereby declare and state under oath as follows:

1.      "My name is William J. Maiberger, Jr.  All of the factual statements in this declaration are personally known to me and are true and correct.

2.      "I am over the age of 18 and am competent to make this declaration.

3.      "I am a partner in Watts Guerra, LLP.  In that capacity, I am an attorney for the Defendants in Cause No. 3:14-CV-00347-M.

4.      "Attached to this declaration as Exhibit A are true and correct copies of excerpts of the transcript of the October 10, 2014 deposition of David Roberts.

5.      "Attached to this declaration as Exhibit B are true and correct copies of excerpts of the transcript of the October 10, 2014 deposition of Robyn Consiglio.

6.      "Attached to this declaration as Exhibit C are true and correct copies of Explanations of Benefits provided by Aetna to the providers who are the

Defendants in this matter.   Where necessary, private health information concerning the individuals whose medical treatment is described in those documents has been redacted.

7.     "Attached to this declaration as Exhibit D is a true and correct copy of the Original Answer of Aetna Health, Inc. in Cause No. 17-269305-13, *Texas Health Resources v. Aetna Health, Inc.*, filed on December 13, 2013 in the 17th Judicial District Court of Tarrant County, Texas.   The claims at issue in that lawsuit include claims seeking the recovery of statutory penalties contemplated by Chapter 1301 of the Texas Insurance Code; specifically, those claims seek recovery of the penalties for late payment of adjudicated claims for the provision of health care services allowed by Section 1301.137 of the Insurance Code. Despite the presence of those claims in the Tarrant County action, Aetna Health's original answer includes only a general denial of the claims made by Texas Health Resources and does not include any contention of a defect in the parties.

8.     "I declare under the penalty of perjury that the foregoing is true and correct."


Executed on <u>December 18, 2014</u>



_____

William J. Maiberger, Jr.

NO. 17-269305-13

| | | |
|---|---|---|
| TEXAS HEALTH RESOURCES, | ) | IN THE DISTRICT COURT |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| VS. | ) | 17TH JUDICIAL DISTRICT |
| | ) | |
| AETNA HEALTH, INC., | ) | |
| | ) | |
| Defendant | ) | TARRANT COUNTY, TEXAS |

———————————————————————

ORAL AND VIDEOTAPED DEPOSITION OF

DAVID ROBERTS

OCTOBER 10, 2014

Volume 1

———————————————————————


ORAL AND VIDEOTAPED DEPOSITION OF DAVID ROBERTS,
produced as a witness at the instance of the PLAINTIFF,
and duly sworn, was taken in the above-styled and
numbered cause on OCTOBER 10, 2014, from 9:46 a.m. to
11:08 a.m., before STEFANIE COX, CSR in and for the
State of Texas, reported by machine shorthand, at the
law offices of Andrews Kurth, L.L.P., 1717 Main Street,
Suite 3700, Dallas, Texas 75201, pursuant to the Texas
Rules of Civil Procedure and the provisions stated on
the record or attached hereto.

**EXHIBIT**

**A**

-000003

1    document that covers both or one or the other, you're

2    just not 100 percent sure as you sit here right now?

3         A.   Correct.

4         Q.   Is that fair?

5         A.   Fair.

6         Q.   Okay.  Now, as far as -- let's just talk about

7    PPO claims first.  As far as PPO claims are concerned,

8    when THR submits a PPO claim to Aetna Health, Inc.,

9    pursuant to that -- pursuant to whatever contract it is

10   that we have in this case that allows that to happen,

11   let's just assume for the purposes of our discussion

12   that Exhibit 1 is the contract that allows that.

13                   Okay?

14        A.   Okay.

15        Q.   And I'm not saying that it is.  I'm just

16   saying just so we can have something to refer to.

17                   That is THR submitting claims for payment

18   to Aetna Health, Inc., correct?

19                   MR. REID:  Objection to form.

20        A.   I think the -- the answer to that is there --

21   the contract is with Aetna Health, Inc., and its

22   affiliates.  And in claim submission, we may ask a

23   provider to submit claims to various pay points, which

24   would be Aetna Health, Inc., and others.

25        Q.   Okay.  Let me ask you this way:  So Aetna

1    Health, Inc., though, is the legal entity that my client

2    has a contract with, correct?

3         A.   Correct.   Correct.

4         Q.   Okay.  So if when you say "we may ask a

5    provider," so I think what you're saying is we being

6    Aetna Health, Inc., because that's the entity that my

7    client is contracted with, may ask my client, THR, to

8    submit claims to a different entity --

9         A.   Different Aetna entity.

10        Q.   -- different Aetna entity pursuant to the

11   contract between THR and Aetna Health, Inc.?

12        A.   Yes.

13        Q.   Okay.  And I would imagine that in those

14   situations, providers like my client, THR, would comply

15   with that request?

16        A.   Yes.

17        Q.   Okay.  Now, in this situation, THR and Aetna

18   Health, Inc., had this contract that we've been talking

19   about.

20             Does Aetna Health, Inc., have a contract

21   or contracts with another Aetna entity that obligates

22   that other Aetna entity to process these PPO claims and

23   pay them?

24             MR. REID:  Objection.  Form.

25        A.   I'm not sure I understand the question.

```
 1          Q.   (BY MR. MAIBERGER)  Okay.  Let me ask you this
 2     way:  My understanding is -- and I could be wrong, too.
 3     But my understanding is that for either PPO or HMO
 4     claims, I'm not sure which one, that Aetna Life
 5     Insurance Company is actually the entity that processes
 6     and, you know, decides how much is going to get paid and
 7     when it gets paid and actually pays the claims.
 8                    Is that -- is that true for either PPO
 9     claims or HMO claims or both as it pertains to THR?
10                    MR. REID:  Objection, form.
11          A.   Aetna Health, Inc., is a legal entity that
12     sells HMO based products.  Aetna life is a PPO based
13     product --
14          Q.   Okay.
15          A.   -- and sells products under that license, but
16     both of which would be covered under this contract.
17          Q.   Okay.  So the contract between THR and Aetna
18     Health, Inc., whatever claims are submitted by my
19     client, THR, are submitted to Aetna Health, Inc.,
20     pursuant to that contract, right?
21          A.   Correct.
22          Q.   Okay.  And then on the P- -- in the PPO
23     setting, Aetna Health, Inc., has some sort of an
24     agreement with Aetna Life Insurance Company for Aetna
25     Life Insurance Company to process those PPO claims, you
```

1  know, determine how much is going to get paid and when

2  it gets paid, then does Aetna Health -- excuse me.  Let

3  me start over.  That was -- I messed myself up there.

4          Just in the PPO setting, my client, THR,

5  has a contract with Aetna Health, Inc., and it submits

6  claims for payment to Aetna Health, Inc., pursuant to

7  that contract, right?

8      A.   Right.

9      Q.   Okay.  And Aetna Health, Inc., has some sort

10  of an agreement with Aetna Life Insurance Company for

11  Aetna Life Insurance Company to perform some type of

12  work or services pursuant to those claims, right?

13          MR. REID:  Objection to the form.

14      A.   Yes.  The -- though I may have confused the

15  issue.  But while there are two legal entities in which

16  we operate, much of the administration is housed in one

17  location, meaning that a person would potentially pay an

18  HMO claim and a PPO claim in that same department.

19      Q.   Let me -- let me go -- let me go the other way

20  and see if we can back into it this way.

21          When -- when my client, THR, gets paid on

22  a PPO claim, does the payment come from Aetna Health,

23  Inc., or from Aetna Life Insurance Company, or from --

24  from some other entity?

25      A.   I don't know.

1    Q.   Okay.  When my client gets paid on a -- on an

2    HMO claim, does that payment come from Aetna Health,

3    Inc., Aetna Life Insurance Company, or from some other

4    entity?

5    A.   It would be Aetna Health.

6    Q.   Okay.  So in the HMO setting, you know that

7    Aetna Health, Inc., is the company or is the entity

8    that's making the payment to my client?

9    A.   Right.

10   Q.   But in the PPO setting, you're not sure if

11   it's Aetna Health, Inc., or Aetna Life Insurance

12   Company, or some other legal entity?

13   A.   It would be on EOBs, but I don't look at those

14   often enough to know that answer.

15   Q.   No.  That's fine.

16        And as you -- I'm just saying, as you sit

17   here, you just don't know for sure?

18   A.   Right.

19   Q.   Are you pretty confident that it would either

20   be, again, in the PPO setting the payment would come

21   from either Aetna Health, Inc., or Aetna Life Insurance

22   Company?

23        MR. REID:  Objection to form.

24   A.   Yes.

25   Q.   (BY MR. MAIBERGER)  Okay.  Okay.  So I think

1    why I'm thinking that these questions were something

2    that you would be here to testify about today.  But if

3    you're not, that's fine, too.  Just tell me.  I'm not

4    trying to make you guess anything or, you know, tell me

5    something you don't know.

6         A.   I did not -- I don't have the knowledge of how

7    the inner workings of these two companies work together.

8    I understand the contractual component and what's

9    expected from a claim submission standpoint and that

10   payment is due from Aetna.  Whether that is from Aetna

11   Health or one of its other subsidiaries, I don't have

12   all that legal connection in my head in terms of how

13   those EOBs may have Aetna labels on them coming back to

14   THR in this case.

15             In other words, does it say Aetna Health

16   in one case and Aetna Life Insurance in another or Aetna

17   something else in other scenarios, I don't have that

18   level of detail.

19        Q.   Okay.

20        A.   Robyn may have that.

21        Q.   Okay.  That's fine.  That's -- that's --

22   that's as good of an answer as -- you know, as if you

23   did know.  I just want to know what you know and what

24   you don't know.

25             So one thing I think that we have

1    established though is that whether it's an HMO claim or

2    PPO claim that my client, THR, when it submits a claim,

3    it's being submitted to Aetna Health, Inc., pursuant to

4    the contract that we've been talking about, right?

5         A.    Right.

6         Q.    Okay.  And then the HMO, I think we've pretty

7    much taken care of that.  I think that's clear.

8                   But as far as the PPO is concerned, that's

9    where you're not -- you're not completely familiar with

10   all of the workings between, for example, Aetna Health,

11   Inc., and Aetna Life Insurance Company, and possibly

12   some other Aetna entity, right?

13        A.    Correct.

14        Q.    Okay.  Now, let me ask you this, and, again,

15   this may be something that you may need to defer to

16   somebody else on:  But are you aware of there being any

17   direct contractual relationship between my client, THR,

18   and any other Aetna entity besides Aetna Health, Inc.?

19                   MR. REID:  Objection to form.

20                   You can answer if you know.

21        A.    I don't know for sure.  I would suspect that

22   there are contracts between Texas Health Resources and

23   our Medicaid business operation and there may be others.

24        Q.    (BY MR. MAIBERGER)  Okay.  Let me see if I can

25   limit that question.  That was kind of a broad question.

1            Are you aware of there being any direct

2  contractual relationship between THR and any other Aetna

3  entity besides Aetna Health, Inc., for the submission of

4  claims for payment for services performed by THR like

5  the ones we've been talking about that are submitted

6  pursuant to Exhibit No. 1?

7       A.   I'm not aware that there are any contracts

8  outside of this for commercial business.

9       Q.   Okay.  For commercial business, that's a good

10  way to put it.

11            So for commercial business, you're not

12  aware of there being any contracts between THR and some

13  other Aetna entity besides Aetna Health, Inc., which is

14  the contract we have here in front of us, right?

15       A.   I'm going through these exceptions in my head

16  to try to answer as best I can.  The only question that

17  comes to my mind is whether there is a -- an agreement

18  between THR and the behavioral health arm of Aetna, but

19  I don't know that for sure.

20       Q.   Okay.  When you -- let me just ask you about

21  that just a little bit.

22            Behavioral health arm of Aetna, what --

23  would there be claims that could be submitted by THR to

24  Aetna for those types of -- or that type of treatment?

25       A.   I'll answer more generally.

```
 1                         NO. 17-269305-13

 2      TEXAS HEALTH RESOURCES,     ) IN THE DISTRICT COURT

                                    )

 3           Plaintiff              )

                                    )

 4      VS.                         ) 17TH JUDICIAL DISTRICT

                                    )

 5      AETNA HEALTH, INC.,         )

                                    )

 6           Defendant              ) TARRANT COUNTY, TEXAS

 7

 8                    REPORTER'S CERTIFICATION

 9            VIDEOTAPED DEPOSITION OF DAVID ROBERTS

10                      OCTOBER 10, 2014

11

12          I, STEFANIE COX, Certified Shorthand Reporter in

13      and for the State of Texas, hereby certify to the

14      following:

15          That the witness, DAVID ROBERTS, was duly sworn by

16      the officer and that the transcript of the videotaped

17      oral deposition is a true record of the testimony given

18      by the witness;

19          That the deposition transcript was submitted on

20      _____ to the attorney for Defendant,

21      Mr. Mitch Reid, Andrews Kurth, L.L.P., 1717 Main Street,

22      Suite 3700, Dallas, Texas 75201, for examination,

23      signature and return to me by _____;

24          That the amount of time used by each party at the

25      deposition is as follows:
```

1      Mr. William J. Maiberger, Jr. - 01 HOURS:11 MINUTE(S)

2      Mr. Mitch A. Reid - 00 HOURS:00 MINUTE(S)

3      That pursuant to information given to the

4 deposition officer at the time said testimony was taken,

5 the following includes counsel for all parties of

6 record:

7      Mr. William J. Maiberger, Jr., Attorney for Plaintiff;

8      Mr. Mitch A. Reid, Attorney for Defendant.

9      I further certify that I am neither counsel for,

10 related to, nor employed by any of the parties or

11 attorneys in the action in which this proceeding was

12 taken, and further that I am not financially or

13 otherwise interested in the outcome of the action.

14      Further certification requirements pursuant to Rule

15 203 of TRCP will be certified to after they have

16 occurred.

17      Certified to by me this 20th of October, 2014.

18

19

20      _Stefanie Cox_
    STEFANIE COX, Texas CSR 5384

21    Expiration Date:  12/31/15

22    Firm Registration No. 235
    WORLDWIDE COURT REPORTERS, INC.

23    3000 Weslayan
    Suite 235

24    Houston, Texas 77027
    (713) 572-2000

25

NO. 17-269305-13

| | |
|---|---|
| TEXAS HEALTH RESOURCES, | ) IN THE DISTRICT COURT |
| | ) |
| Plaintiff | ) |
| | ) |
| VS. | ) 17TH JUDICIAL DISTRICT |
| | ) |
| AETNA HEALTH, INC., | ) |
| | ) |
| Defendant | ) TARRANT COUNTY, TEXAS |

---

ORAL AND VIDEOTAPED DEPOSITION OF

ROBYN CONSIGLIO

OCTOBER 10, 2014

Volume 1

---

ORAL AND VIDEOTAPED DEPOSITION OF ROBYN CONSIGLIO,
produced as a witness at the instance of the PLAINTIFF,
and duly sworn, was taken in the above-styled and
numbered cause on OCTOBER 10, 2014, from 11:24 a.m. to
12:30 p.m., before STEFANIE COX, CSR in and for the
State of Texas, reported by machine shorthand, at the
law offices of Andrews Kurth, L.L.P., 1717 Main Street,
Suite 3700, Dallas, Texas 75201, pursuant to the Texas
Rules of Civil Procedure and the provisions stated on
the record or attached hereto.

EXHIBIT
**B**
-000014

1       Pay Act discussion off the table for a moment.

2                   But as far as the actual processing of the

3       claims is concerned, does Aetna process -- and I think I

4       may have asked you this.  I just want to make sure.

5                   Has Aetna -- does Aetna process the claims

6       the same way whether it's a fully insured claim or a

7       self-funded claim?

8                   MR. REID:  Objection to form.

9           A.   To my knowledge, yes.

10          Q.   (BY MR. MAIBERGER)  Okay.  With regard to the

11      PPO claims that -- that I talked about, the examples I

12      gave, some of the examples I gave with Mr. Roberts, are

13      you aware of where the payment comes from on a PPO claim

14      submitted by a provider to Aetna?

15                  Does it -- does it come from Aetna Health,

16      Inc., or does it come from Aetna Life Insurance Company,

17      or does it just come from Aetna, as far as you -- as far

18      as you know?

19          A.   As far as I know, it just comes from Aetna

20      Life Insurance Company.  I do know that it will specify

21      on explanation of benefits that it -- it lists the

22      company name.

23          Q.   Whatever entity that the money is coming from?

24          A.   Yes.

25          Q.   Okay.  Is there a name for the system that the

NO. 17-269305-13

TEXAS HEALTH RESOURCES,      ) IN THE DISTRICT COURT
                             )
     Plaintiff               )
                             )
VS.                          ) 17TH JUDICIAL DISTRICT
                             )
AETNA HEALTH, INC.,          )
                             )
     Defendant               ) TARRANT COUNTY, TEXAS


REPORTER'S CERTIFICATION

VIDEOTAPED DEPOSITION OF ROBYN CONSIGLIO

OCTOBER 10, 2014


     I, STEFANIE COX, Certified Shorthand Reporter in
and for the State of Texas, hereby certify to the
following:

     That the witness, ROBYN CONSIGLIO, was duly sworn
by the officer and that the transcript of the videotaped
oral deposition is a true record of the testimony given
by the witness;

     That the deposition transcript was submitted on
_____ to the attorney for Defendant,
Mr. Mitch Reid, Andrews Kurth, L.L.P., 1717 Main Street,
Suite 3700, Dallas, Texas 75201, for examination,
signature and return to me by _____;

     That the amount of time used by each party at the
deposition is as follows:

1        Mr. William J. Maiberger, Jr. - 00 HOURS:45
MINUTE(S)

2        Mr. Mitch A. Reid - 00 HOURS:00 MINUTE(S)

3        That pursuant to information given to the

4   deposition officer at the time said testimony was taken,

5   the following includes counsel for all parties of

6   record:

7        Mr. William J. Maiberger, Jr., Attorney for
Plaintiff;

8        Mr. Mitch A. Reid, Attorney for Defendant.

9        I further certify that I am neither counsel for,

10   related to, nor employed by any of the parties or

11   attorneys in the action in which this proceeding was

12   taken, and further that I am not financially or

13   otherwise interested in the outcome of the action.

14        Further certification requirements pursuant to Rule

15   203 of TRCP will be certified to after they have

16   occurred.

17        Certified to by me this 20th of October, 2014.

18

19

20        _Stefanie Cox_____
STEFANIE COX, Texas CSR 5384

21        Expiration Date:  12/31/15

22        Firm Registration No. 235
WORLDWIDE COURT REPORTERS, INC.

23        3000 Weslayan
Suite 235

24        Houston, Texas 77027
(713) 572-2000

25

**Worldwide Court Reporters, Inc.**
**(800) 745 - 1101**

-000017

```
 1              FURTHER CERTIFICATION UNDER RULE 203 TRCP
 2         The original deposition was/was not returned to the
 3    deposition officer on _____;
 4         If returned, the attached Changes and Signature
 5    page contains any changes and the reasons therefor;
 6         If returned, the original deposition was delivered
 7    to Mr. William J. Maiberger, Jr., Custodial Attorney;
 8         That $_____ is the deposition officer's
 9    charges to the Plaintiff for preparing the original
10    deposition transcript and any copies of exhibits;
11         That the deposition was delivered in accordance
12    with Rule 203.3, and that a copy of this certificate was
13    served on all parties shown herein on and filed with the
14    Clerk.
15         Certified to by me this _____ day of
16    _____, 2014.
17
18
19                    _Stefanie Cox_____
                      STEFANIE COX, Texas CSR 5384
20                    Expiration Date:  12/31/15
21                    Firm Registration No. 235
                      WORLDWIDE COURT REPORTERS, INC.
22                    3000 Weslayan
                      Suite 235
23                    Houston, Texas 77027
                      (713) 572-2000
24
25
```

AETNA
151 FARMINGTON AVENUE
HARTFORD CT 06156

PAGE   9
EDI Batch #   00912552

TEXAS HEALTH SYSTEM
PO BOX 910115
DALLAS     TX 75391-0115

Payer ID:                    1066033492
Provider ID:                 443912050
Adjudication Cycle End Date: 08/13/2009
DRG CODE

Check Date: 08/19/2009
Tax Identification Number:
Check Number: 809225500001495
Check Amount: $92058.13
Payment Method: ACH
Payment Format Code: CCP
Receiver ID Number: 330890223

ACCOUNT NO:
PATIENT:
CLAIM ID:

PROVIDER:      443912050
MEMBER ID:

DATE RECEIVED:      07/08/2009
CLAIM STATUS CODE: Processed as Primary
PRODUCT TYPE:      POS
CLAIM ADJ CODES:

| SER DATE | POS | PROC | MOD | BILLED AMOUNT | DENIED AMOUNT | NONCOVERED AMOUNT | DED/COPAY AMOUNT | COINS AMOUNT | CONT ADJ AMOUNT | OTHER ADJ AMOUNT | PAID | REMARK |
|----------|-----|------|-----|---------------|---------------|-------------------|------------------|--------------|-----------------|------------------|------|--------|
| 07/02/09 | 13 | 80048 | | 211.75 | 0.00 | 0.00 | 0.00 | 34.41 | 39.69 | 0.00 | 137.65 | CO45   PR2 |
| 07/02/09 | 13 | 85027 | | 95.50 | 0.00 | 0.00 | 0.00 | 0.00 | 95.50 | 0.00 | 0.00 | CO45 |
| | | CLAIM TOTALS: | | 307.25 | 0.00 | 0.00 | 0.00 | 34.41 | 135.19 | 0.00 | 137.65 | |

REMARK CODE DESCRIPTIONS:

CO45 - U&C-Charges exceed your contracted/legislated fee arrangement.
PR2 - Coinsurance Amount

    The contents of this page may have been modified to include additional
    information required for electronic filing of this document.

EXHIBIT

C

-000019

AETNA
151 FARMINGTON AVENUE
HARTFORD CT 06156

PAGE  8
EDI Batch #  00912552

TEXAS HEALTH SYSTEM
PO BOX 910115
DALLAS    TX 75391-0115

Payer ID:                    1066033492
Provider ID:                 443912050
Adjudication Cycle End Date: 08/13/2009
DRG CODE

Check Date: 08/19/2009
Tax Identification Number:
Check Number: 809225500001495
Check Amount: $92058.13
Payment Method: ACH
Payment Format Code: CCP
Receiver ID Number: 330890223

PROVIDER:        443912050
MEMBER ID:

DATE RECEIVED:       07/08/2009
CLAIM STATUS CODE: Processed as Primary
PRODUCT TYPE:       POS
CLAIM ADJ CODES:

| SER DATE | POS | PROC | MOD | BILLED AMOUNT | DENIED AMOUNT | NONCOVERED AMOUNT | DED/COPAY AMOUNT | COINS AMOUNT | CONT ADJ AMOUNT | OTHER ADJ AMOUNT | PAID | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/02/09 | 13 | J0690 | | 21.65 | 0.00 | 0.00 | 0.00 | 2.42 | 9.53 | 0.00 | 9.70 | CO45 | PR2 |
| 07/02/09 | 13 | Q0179 | | 1.00 | 0.00 | 0.00 | 0.00 | 0.11 | 0.44 | 0.00 | 0.45 | CO45 | PR2 |
| 07/02/09 | 13 | J7120 | | 142.80 | 0.00 | 0.00 | 0.00 | 15.99 | 62.83 | 0.00 | 63.98 | CO45 | PR2 |
| 07/02/09 | 13 | J3010 | | 22.30 | 0.00 | 0.00 | 0.00 | 2.50 | 9.81 | 0.00 | 9.99 | CO45 | PR2 |
| 07/02/09 | 13 | J2765 | | 7.80 | 0.00 | 0.00 | 0.00 | 0.87 | 3.43 | 0.00 | 3.50 | CO45 | PR2 |
| 07/02/09 | 13 | J2405 | | 69.00 | 0.00 | 0.00 | 0.00 | 7.73 | 30.36 | 0.00 | 30.91 | CO45 | PR2 |
| 07/02/09 | 13 | J2270 | | 9.00 | 0.00 | 0.00 | 0.00 | 1.01 | 3.96 | 0.00 | 4.03 | CO45 | PR2 |
| 07/02/09 | 13 | 47562 | | 3598.50 | 0.00 | 0.00 | 0.00 | 403.03 | 1583.34 | 0.00 | 1612.13 | CO45 | PR2 |
| 07/02/09 | 13 | 0250 | | 330.21 | 0.00 | 0.00 | 0.00 | 36.98 | 145.29 | 0.00 | 147.94 | CO45 | PR2 |
| 07/02/09 | 13 | 0272 | | 539.00 | 0.00 | 0.00 | 0.00 | 60.37 | 237.16 | 0.00 | 241.47 | CO45 | PR2 |
| 07/02/09 | 13 | 0270 | | 156.00 | 0.00 | 0.00 | 0.00 | 17.47 | 68.64 | 0.00 | 69.89 | CO45 | PR2 |
| 07/02/09 | 13 | 0370 | | 1413.75 | 0.00 | 0.00 | 0.00 | 158.34 | 622.05 | 0.00 | 633.36 | CO45 | PR2 |
| 07/02/09 | 13 | 0710 | | 978.75 | 0.00 | 0.00 | 0.00 | 109.62 | 430.65 | 0.00 | 438.48 | CO45 | PR2 |
| 07/02/09 | 13 | 36415 | | 13.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.00 | 0.00 | 0.00 | CO97 | |
| 07/02/09 | 13 | 93005 | | 244.75 | 0.00 | 0.00 | 0.00 | 27.41 | 107.69 | 0.00 | 109.65 | CO45 | PR2 |
| 07/02/09 | 13 | 88304 | | 90.25 | 0.00 | 0.00 | 0.00 | 10.11 | 39.71 | 0.00 | 40.43 | CO45 | PR2 |
| 07/02/09 | 13 | 82962 | | 45.50 | 0.00 | 0.00 | 0.00 | 5.10 | 20.02 | 0.00 | 20.38 | CO45 | PR2 |
| 07/02/09 | 13 | 80076 | | 307.75 | 0.00 | 0.00 | 0.00 | 34.47 | 135.41 | 0.00 | 137.87 | CO45 | PR2 |

CLAIM TOTALS:    7991.01       0.00      0.00       0.00      893.53    3523.32       0.00     3574.16

REMARK CODE DESCRIPTIONS:

CO45 - U&C-Charges exceed your contracted/legislated fee arrangement.
PR2 - Coinsurance Amount
CO97 - INCL-Payment is included in the allowance for the basic service/procedure.

The contents of this page may have been modified to include additional
information required for electronic filing of this document.

-000020

```
                                         AETNA                                            PAGE  253
                                         151 FARMINGTON AVENUE                    EDI Batch #  01072738
                                         HARTFORD CT 06156

TEXAS HEALTH HARRIS METHODIST H
PO BOX 421837
HOUSTON     TX 77242-1837

                                                                          Check Date: 04/20/2012
Payer ID:                    1066033492          Tax Identification Number:
Provider ID:                 699129380                     Check Number: 81210752000846
Adjudication Cycle End Date: 04/16/2012                    Check Amount: $464986.01
DRG CODE                                                  Payment Method: ACH
                                                   Payment Format Code: CCP
                                                     Receiver ID Number: 77458

                                         PROVIDER:    699129380
                                         MEMBER ID:

DATE RECEIVED:       02/07/2012
CLAIM STATUS CODE: Processed as Primary
PRODUCT TYPE:      POS
CLAIM ADJ CODES:
```

| SER DATE | POS | PROC | MOD | BILLED AMOUNT | DENIED AMOUNT | NONCOVERED AMOUNT | DED/COPAY AMOUNT | COINS AMOUNT | CONT ADJ AMOUNT | OTHER ADJ AMOUNT | PAID | REMARK | |
|----------|-----|------|-----|---------------|---------------|-------------------|------------------|--------------|-----------------|------------------|------|--------|---|
| 11/03/11 | 11 | 0111 | | 2320.00 | 2320.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | COB8 | PR119 |
| 11/05/11 | 11 | 0200 | | 2980.00 | 0.00 | 0.00 | 0.00 | 2043.33 | -18668.27 | 0.00 | 19604.94 | CO94 | PR2 |
| 11/05/11 | 11 | 0636 | | 1232.34 | 0.00 | 0.00 | 0.00 | 0.00 | 1232.34 | 0.00 | 0.00 | CO45 | |
| 11/05/11 | 11 | 0360 | | 9664.50 | 0.00 | 0.00 | 0.00 | 0.00 | 9664.50 | 0.00 | 0.00 | CO45 | |
| 11/05/11 | 11 | 0278 | | 1490.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1490.00 | 0.00 | 0.00 | CO45 | |
| 11/05/11 | 11 | 0250 | | 924.46 | 924.45 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | PR119 | PR96 |
| 11/05/11 | 11 | 0420 | | 218.50 | 0.00 | 0.00 | 0.00 | 0.00 | 218.50 | 0.00 | 0.00 | CO45 | |
| 11/05/11 | 11 | 0258 | | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 | 0.00 | CO45 | |
| 11/05/11 | 11 | 0272 | | 192.25 | 207.25 | 0.00 | 0.00 | 0.00 | -15.00 | 0.00 | 0.00 | CO94 | PR119 |
| 11/05/11 | 11 | 0270 | | 151.00 | 0.00 | 0.00 | 0.00 | 0.00 | 151.00 | 0.00 | 0.00 | CO45 | |
| 11/05/11 | 11 | 0637 | | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00 | CO45 | |
| 11/05/11 | 11 | 0351 | | 1773.75 | 0.00 | 0.00 | 0.00 | 0.00 | 1773.75 | 0.00 | 0.00 | CO45 | |
| 11/05/11 | 11 | 0370 | | 2395.25 | 0.00 | 0.00 | 0.00 | 0.00 | 2395.25 | 0.00 | 0.00 | CO45 | |
| 11/05/11 | 11 | 0430 | | 276.50 | 0.00 | 0.00 | 0.00 | 0.00 | 276.50 | 0.00 | 0.00 | CO45 | |
| 11/05/11 | 11 | 0300 | | 15.25 | 0.00 | 0.00 | 0.00 | 0.00 | 15.25 | 0.00 | 0.00 | CO45 | |
| 11/05/11 | 11 | 0611 | | 2158.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2158.00 | 0.00 | 0.00 | CO45 | |
| 11/05/11 | 11 | 0730 | | 283.25 | 0.00 | 0.00 | 0.00 | 0.00 | 283.25 | 0.00 | 0.00 | CO45 | |
| 11/05/11 | 11 | 0320 | | 366.50 | 0.00 | 0.00 | 0.00 | 0.00 | 366.50 | 0.00 | 0.00 | CO45 | |

```
          CLAIM TOTALS:   26643.55   3451.70      0.01       0.00    2043.33    1543.57      0.00   19604.94
```

```
REMARK CODE DESCRIPTIONS:


COB8 - Claim/service not covered/reduced because alternative services were available, a
PR119 - OTHERA-Benefit maximum for this time period has been reached.
CO94 - OTHERA-Processed in excess of charges.
PR2 - Coinsurance Amount
CO45 - U&C-Charges exceed your contracted/legislated fee arrangement.
PR96 - NCOVA-NON COVERED CHARGES
```

AETNA
151 FARMINGTON AVENUE
HARTFORD CT 06156

PAGE  16
EDI Batch #  01064842

TEXAS HEALTH HARRIS METHODIST H
PO BOX 916063
FORT WORTH   TX 76191-6063

Payer ID:                    1066033492
Provider ID:                 699129380
Adjudication Cycle End Date: 03/01/2012
DRG CODE

Check Date: 03/07/2012
Tax Identification Number:
Check Number: 812061490003318
Check Amount: S208095.51
Payment Method: ACH
Payment Format Code: CCP
Receiver ID Number: 77458

PROVIDER:      699129380
MEMBER ID:

DATE RECEIVED:      02/07/2012
CLAIM STATUS CODE: Processed as Primary
PRODUCT TYPE:      POS
CLAIM ADJ CODES:

| SER DATE | POS | PROC | MOD | BILLED AMOUNT | DENIED AMOUNT | NONCOVERED AMOUNT | DED/COPAY AMOUNT | COINS AMOUNT | CONT ADJ AMOUNT | OTHER ADJ AMOUNT | PAID | REMARK |
|----------|-----|------|-----|---------------|---------------|-------------------|------------------|--------------|-----------------|------------------|------|--------|
| 11/05/11 | 11 | 0307 | | 99.25 | 99.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PI18 |
| 11/05/11 | 11 | 0301 | | 906.75 | 906.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PI18 |
| 11/05/11 | 11 | 0302 | | 114.00 | 114.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PI18 |
| 11/05/11 | 11 | 0305 | | 610.25 | 610.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PI18 |
| 11/05/11 | 11 | 0306 | | 821.50 | 821.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PI18 |
| | | CLAIM TOTALS: | | 2551.75 | 2551.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

PAT RESP: 0.00

REMARK CODE DESCRIPTIONS:

PI18 - Duplicate claim/service.

The contents of this page may have been modified to include additional
information required for electronic filing of this document.

Page 1 of 1

-000022

AETNA
151 FARMINGTON AVENUE
HARTFORD CT 06156

PAGE   9
EDI Batch #   00926222

TEXAS HEALTH SYSTEM
PO BOX 910115
DALLAS    TX 75391-0115

Payer ID:                1066033492
Provider ID:             443912050
Adjudication Cycle End Date: 10/22/2009
DRG CODE

Check Date: 10/28/2009
Tax Identification Number: ███████
Check Number: 809295450001411
Check Amount: $40523.81
Payment Method: ACH
Payment Format Code: CCP
Receiver ID Number: 330890223

PROVIDER:     443912050
MEMBER ID:    ████████

DATE RECEIVED:       10/06/2009
CLAIM STATUS CODE: Processed as Primary
PRODUCT TYPE:        POS
CLAIM ADJ CODES:

| SER DATE | POS | PROC | MOD | BILLED AMOUNT | DENIED AMOUNT | NONCOVERED AMOUNT | DED/COPAY AMOUNT | COINS AMOUNT | CONT ADJ AMOUNT | OTHER ADJ AMOUNT | PAID | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/26/09 | 11 | 0111 | | 7693.00 | 33146.40 | 0.00 | 0.00 | 0.00 | -26153.40 | 0.00 | 0.00 | CO45  CO94 |
| | | | | | | | | | | | | PI18  PR150 |
| 08/28/09 | 11 | 0209 | | 2575.00 | 2575.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PI18 |
| 08/28/09 | 11 | 0250 | | 5797.83 | 5797.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PI18 |
| 08/28/09 | 11 | 0259 | | 18.00 | 18.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PI18 |
| 08/28/09 | 11 | 0272 | | 4509.50 | 0.00 | 0.00 | 0.00 | 0.00 | 4509.50 | 0.00 | 0.00 | CO45 |
| 08/28/09 | 11 | 0360 | | 24239.25 | 24239.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PI18 |
| 08/28/09 | 11 | 0370 | | 5274.25 | 5274.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PI18 |
| 08/28/09 | 11 | 0390 | | 1248.00 | 1248.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PI18 |
| 08/28/09 | 11 | 0460 | | 396.00 | 396.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PI18 |
| 08/28/09 | 11 | 0636 | | 1867.18 | 1867.18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PI18 |
| 08/28/09 | 11 | 0637 | | 40.00 | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PI18 |
| 08/28/09 | 11 | 0710 | | 978.75 | 978.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PI18 |
| 08/28/09 | 11 | 0306 | | 755.25 | 755.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PI18 |
| 08/28/09 | 11 | 0309 | | 2041.75 | 2041.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PI18 |
| 08/28/09 | 11 | 0320 | | 1833.00 | 1833.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PI18 |
| 08/28/09 | 11 | 0410 | | 281.75 | 281.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PI18 |
| 08/28/09 | 11 | 0420 | | 1575.50 | 1575.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PI18 |
| | | CLAIM TOTALS: | | 61124.01 | 82067.91 | 0.00 | 0.00 | 0.00 | -21643.90 | 0.00 | 0.00 | |

REMARK CODE DESCRIPTIONS:

CO45 - U&C-Charges exceed your contracted/legislated fee arrangement.
CO94 - OTHERA-Processed in excess of charges.
PI18 - Duplicate claim/service.
PR150 - Payment adjusted because the payer deems the informtion submitted does not suppo

   The contents of this page may have been modified to include additional

Page 1 of 2

-000023

CAUSE NO. 17-269305-13

| | | |
|---|---|---|
| TEXAS HEALTH RESOURCES, | § | IN THE DISTRICT COURT OF |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| VS. | § | |
| | § | TARRANT COUNTY, TEXAS |
| AETNA HEALTH INC., | § | |
| | § | |
| **Defendant.** | § | |
| | § | 17th JUDICIAL DISTRICT |

---

## DEFENDANT AETNA HEALTH INC.'S
## ORIGINAL ANSWER

---

Defendant Aetna Health Inc. files this Original Answer in response to Plaintiff's Original

Petition filed by Texas Health Resources.

Defendant asserts a general denial as authorized by Rule 92 of the Texas Rules of Civil

Procedure, reserving the right to amend its pleadings subsequently to present its special

exceptions to the Plaintiff's Original Petition, its affirmative defenses, special denials, other

pleas and defenses, and its own claims.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that upon final hearing the

Court enter judgment that Plaintiff take nothing and that Defendant be awarded its costs of court

and such other and further relief to which it may be justly entitled.

EXHIBIT

**D**

HOU:3383916.1

-000024

Respectfully submitted,

ANDREWS KURTH LLP

By: _____

John B. Shely
State Bar No. 18215300
*jshely@andrewskurth.com*
Dimitri Zgourides
State Bar No. 00785309
*dzgourides@andrewskurth.com*
Mitchell A. Reid
State Bar No. 24037346
*mitchreid@andrewskurth.com*
600 Travis Street, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Telecopier: (713) 220-4285

**ATTORNEYS FOR DEFENDANT
AETNA HEALTH INC.**

## CERTIFICATE OF SERVICE

This document has been sent by United States mail, certified, return receipt requested, and via email on December 13, 2013, to the following counsel of record:

Mikal Watts
William J. Maiberger, Jr.
Watts Guerra, LLP
4 Dominion Drive
Building 3, Suite 100
mcwatts@wattsguerra.com
wmaiberger@wattsguerra.com

Joseph V. Gibson, IV
Law Office of Joseph V. Gibson, PC
10330 Lake Road, Building X
Houston, Texas 77070
*jgibson@jvglaw.com*

Mr. James M. Orr
Mr. Bobby D. Amick
Francis, Orr & Totusek, L.L.P.
103 E. Virginia, Suite 203
McKinney, TX 75070
jorr@fotllp.com
bamick@fotllp.com

_____
John B. Shely